IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
LINDA THUM

Chapter 7

Case No. 20-13644-PMM

Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A MOTION
UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727 OR 523

AND NOW, this  7th  day of  December  20 20 , upon agreement between the Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, Mitchell A. Sommers, Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to March 5, 2021.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee or any creditor to object to exemptions is hereby extended to March 5, 2021.

/s/ Mitchell A. Sommers

Mitchell A. Sommers, Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED                    /s/ Patricia M. Mayer

Honorable PATRICIA M. MAYER
United States Bankruptcy Judge