Certificate Number: 15317-PAE-DE-035216906

Bankruptcy Case Number: 20-13644



15317-PAE-DE-035216906

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2020, at 12:41 o'clock PM PST, Linda F Thum completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 29, 2020              By:     /s/Connie Jawang

                                       Name:   Connie Jawang

                                       Title:  Credit Counselor